# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00598-CV

### Z. L., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-12-004314, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant Z. L. filed his notice of appeal on August 20, 2013. The appellate record was complete September 27, 2013, and appellant's brief was due October 21, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than November 12, 2013. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on October 28, 2013.

Before Chief Justice Jones, Justices Pemberton and Field